# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| GARY K. BRADLEY, | ) | |
| Plaintiff | ) | |
| V | ) | 1:07 CV 053 |
| ADVANCED TECHNOLOGY SERVICES, INC., | ) | |
| Defendant | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* (#14) of J. Reed Roesler of the law firm of Davis & Campbell, LLC, 401 Main Street, Suite 1600, Peoria, IL 61602, 309-673-1681, to appear as counsel for the defendant in this matter filed on May 31, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that J. Reed Roesler is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: June 4, 2007

Dennis L. Howell
United States Magistrate Judge